**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6062**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANK PEREZ-SUAZO,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-90-259-MJG, CA-99-2980-MJG)

─────────

Submitted: March 23, 2000          Decided: March 30, 2000

─────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Frank Perez-Suazo, Appellant Pro Se. James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Perez-Suazo seeks to appeal the district court's order denying as successive his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Perez-Suazo, No. CR-90-259-MJG; CA-99-2980-MJG (D. Md. Oct. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED